FILED by **KS** D.C.

Sep 14, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-20472-CR-ALTMAN/REID**
CASE NO. _____

18 U.S.C. § 1343
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

v.

RAMON CARIDAD RODRIGUEZ,

      Defendant.

_____ /

### INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this indictment:

1.    Company 1 operated an afterschool program for immigrant children located in Miami, Florida.

2.    Defendant **RAMON CARIDAD RODRIGUEZ**, a resident of Miami, Florida, was an employee of Company 1.

3.    TD Bank, N.A., is a banking company headquartered in Cherry Hill, New Jersey.

4.    PayPal Inc. is a company headquartered in San Jose, California.

5.    Square Inc. is a company headquartered in San Francisco, California.

## COUNTS 1-9
### Wire Fraud
(18 U.S.C. § 1343)

1. Paragraphs 1 through 5 of the General Allegations section of this Indictment are realleged and incorporated by reference as though fully set forth herein.

2. From in or around January 2017, and continuing through in or around June 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RAMON CARIDAD RODRIGUEZ,**

did knowingly, and with the intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing such scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Section 1343.

### PURPOSE OF THE SCHEME AND ARTIFICE

3. It was the purpose of the scheme and artifice for **RAMON CARIDAD RODRIGUEZ** to unlawfully enrich himself by making unauthorized purchases and payment transfers using a TD Bank corporate credit card belonging to Company 1, concealing those expenditures from Company 1, and thereafter using the illicitly obtained proceeds for his own use and benefit.

### SCHEME AND ARTIFICE

The manner and means by which the defendant sought to accomplish the purpose of the

scheme and artifice included, among other things, the following:

4. **RAMON CARIDAD RODRIGUEZ** used Company 1's TD Bank credit card ending in 5543 to make unauthorized payments to PayPal and Square accounts that **RODRIGUEZ** controlled.

5. **RODRIGUEZ** transferred the funds obtained through the unauthorized payments he made into the PayPal and Square accounts he controlled into his personal bank account at Wells Fargo ending in 4731.

6. **RODRIGUEZ** used Company 1's TD Bank credit card ending in 5543 to make unauthorized purchases at retail stores and online retailers for his own use and gain.

7. **RODRIGUEZ** made false and fraudulent invoices from TD bank statements that he altered and submitted to Company 1 to justify and conceal his unauthorized payments and purchases using Company 1's TD Bank credit card ending in 5543.

8. As a result of this scheme and artifice, **RODRIGUEZ** falsely and fraudulently received funds through interstate wire and other methods and used the funds for his personal use and benefit, and for the use and benefit of others.

## USE OF THE WIRES

9. On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, **RODRIGUEZ**, for the purpose of executing and in furtherance of the aforesaid scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire

3

communication, certain writings, signs, signals, pictures, and sounds, as described below:

| Count | Approximate Date | Description of Wire |
|---|---|---|
| 1 | March 10, 2017 | A payment in the approximate amount of $700 from PayPal account to a Wells Fargo bank account ending in 4731, causing a wire transmission from outside the state of Florida to the Southern District of Florida. |
| 2 | March 29, 2017 | A payment in the approximate amount of $1,900 from a PayPal account to a Wells Fargo bank account ending in 4731, causing a wire transmission from outside the state of Florida to the Southern District of Florida. |
| 3 | June 12, 2017 | A purchase in the approximate amount of $2,040 at the Home Depot using the TD Bank card ending in 5543 causing a wire transmission from inside the Southern District of Florida to outside the state of Florida. |
| 4 | June 22, 2017 | A payment in the approximate amount of $4,590 from a PayPal account to a Wells Fargo bank account ending in 4731, causing a wire transmission from outside the state of Florida to the Southern District of Florida. |
| 5 | December 29, 2017 | A payment in the approximate amount of $1,369 from a PayPal account to a Wells Fargo bank account ending in 4731, causing a wire transmission from outside the state of Florida to the Southern District of Florida. |
| 6 | March 15, 2018 | A payment in the approximate amount of $1,485 from a Square account to a Wells Fargo bank account ending in 4731, causing a wire transmission from outside the state of Florida to the Southern District of Florida. |
| 7 | May 9, 2018 | A payment in the approximate amount of $1,556 from a Square account to a Wells Fargo bank account ending in 4731, causing a wire transmission from outside the state of Florida to the Southern District of Florida. |
| 8 | May 24, 2018 | A purchase in the approximate amount of $697 using the TD Bank card ending in 5543 at Walmart, causing a wire transmission from inside the Southern District of Florida to outside the state of Florida. |

| Count | Approximate Date | Description of Wire |
|---|---|---|
| 9 | June 28, 2018 | A payment in the approximate amount of $1,246 from a Square account to a Wells Fargo bank account ending in 4731, causing a wire transmission from outside the state of Florida to the Southern District of Florida. |

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **RAMON CARIDAD RODRIGUEZ**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, all funds held, or formally held, on deposit by TD Bank in account number ending in 5543 held in the name of Company 1.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
YARA DODIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RAMON CARIDAD RODRIGUEZ,

_____Defendant._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [✓] Miami   [ ] Key West   [ ] FTL
- [ ] WPB   [ ] FTP

New defendant(s)   [ ] Yes   [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect _____
4. This case will take __5__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days        [✓]
   - II   6 to 10 days       [ ]
   - III  11 to 20 days      [ ]
   - IV   21 to 60 days      [ ]
   - V    61 days and over   [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) No
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No

_____
Yara Dodin
Assistant United States Attorney
FLA Bar No.        0124979

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **RAMON CARIDAD RODRIGUEZ**

Case No: _____

Counts #: 1-9

Wire Fraud

18 U.S.C. § 1343

*Max. Penalty:        20 years' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.